UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALMORN BRACKETT,<br>Plaintiff,<br>v.<br>WASHINGTON COUNTY,<br>Defendants. | Case No. 3:26-cv-554-IM |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF COSTS AND A SERVICE AWARD TO THE CLASS REPRESENTATIVE**

Plaintiff seeks an award of attorney's fees and expenses to be paid to Class Counsel from the Settlement Fund. Specifically, Plaintiff seeks an award of attorney's fees equal to 25% of the Settlement Fund created by the settlement with Washington County, and reimbursement of out-of-pocket expenses in the amount of $1,837.85. Plaintiff also seeks payment of an incentive award to Class Representative Almorn Brackett, in the amount of $10,000.

This Court, having reviewed the pleadings in the case and the submissions of the parties with respect to payment of attorney's fees, costs, and incentive awards in connection with the Settlement Agreement between Plaintiff and Washington County, and for good cause shown;

IT IS HEREBY ORDERED, this 17th day of September 2026, that:

1. This Order incorporates by reference the definitions in the Settlement Agreement (ECF 8-2) and all capitalized terms used in this Order will have the same meanings as set forth in the Settlement Agreement, unless otherwise defined in this Order.

2. Plaintiff's Motion for an Award of Attorney Fees, Reimbursement of Costs and Service Award to the Class Representatives is Granted.

3. Class Counsel shall be paid attorney's fees in the amount of 25% of the Settlement fund including accrued interest on the fund to the date of distribution of the attorneys' fees in accordance with the terms for distribution of funds from the Settlement Fund, as set forth in Paragraph 15 of the Settlement Agreement.

4. Class Counsel shall be reimbursed for expenses in the amount of $1,837.85 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 15 of the Settlement Agreement.

5. Class Representative Almorn Brackett shall be paid an incentive award in the amount of $10,000 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 15 of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED this 17th day of September, 2026.

/s/ Karin J. Immergut

Karin J. Immergut

United States District Judge